UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

Matthew Demaree, et al.,

               Plaintiff,

22-cv-8772 (CM)

-v.-

Thomas Castro, et al.,
               Defendants.

-----------------------------------------------------------------------x

**NOTICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/2023

McMahon, J.

     Please be advised that the conference scheduled for February 23, 2023 at 11:00 a.m. is cancelled.

Dated: February 23, 2023

                         SO ORDERED:

                                U.S.D.J.

BY ECF TO ALL COUNSEL