UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MATTHEW DEMAREE, et al.,

                        Plaintiffs,

    -against-                                    22 **CIVIL** 8772 (CM)

## JUDGMENT

THOMAS CASTRO, et al.,

                        Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated October 4, 2023, the First and Second Causes of Action in the First Amended Complaint are dismissed with prejudice. All other causes of action are dismissed without prejudice. Defendants' motion for sanctions is granted in part and denied in part. The requests for an order to show cause and for limited discovery are dismissed as moot, as is the letter motion at Docket #61 seeking a conference. Accordingly, the case is closed.

**Dated:**  New York, New York

      October 5, 2023

                                                                  **RUBY J. KRAJICK**
                                                 **Clerk of Court**

                            **BY:**
                                                  _____
                                                        **Deputy Clerk**